# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1581

_____

Robert Peters

*Plaintiff - Appellant*

v.

Southeast Arkansas Behavioral Healthcare

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta

_____

Submitted: October 3, 2025
Filed: October 8, 2025
[Unpublished]

_____

Before LOKEN, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Robert Peters appeals the district court's[1] adverse grant of summary judgment in his pro se employment-related action against his former employer, Southeast

---

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

Arkansas Behavioral Healthcare System, Inc. After careful review of the record and the parties' arguments on appeal, *see Schaffhauser v. United Parcel Serv., Inc.*, 794 F.3d 899, 902 (8th Cir. 2015) (reviewing grant of summary judgment de novo); we affirm for the reasons stated in the district court's order, *see* 8th Cir. R. 47B.

_____